Commonwealth *v.* Ray, Appellant.

Argued September 16, 1971. *William R. Bernhart,* with him *Austin, Speicher, Boland, Connor & Giorgi,* for appellant; *Grant E. Wesner,* Deputy District Attorney, wtih him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Rinker, Appellant.

Submitted September 13, 1971. *Soren P. West,* Public Defender, for appellant; *Phillip P. Santucci,* Assistant District Attorney, and *Philip H. Williams,* District Attorney, for Commonwealth, appellee.

Order affirmed.